UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FTSE INTERNATIONAL LIMITED and LONDON STOCK EXCHANGE GROUP PLC,<br><br>Petitioners,<br><br>v.<br><br>CÜREX INDEX DATA SYSTEMS LLC,<br><br>Respondent. | Case No. _____ |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioner FTSE International Limited ("FTSE") state: FTSE is a wholly owned subsidiary of London Stock Exchange Group plc ("LSEG"), which is a public company. More than 10% of LSEG's outstanding stock is directly and indirectly owned by various non-publicly traded entities controlled by Blackstone Group.

Dated: New York, New York
April 6, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   */s/ Elliot Friedman*
Elliot Friedman
David Y. Livshiz
Paige von Mehren

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
elliot.friedman@freshfields.com
david.livshiz@freshfields.com
paige.vonmehren@freshfields.com

*Attorneys for Petitioners FTSE International Limited and London Stock Exchange Group plc*