USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FTSE INTERNATIONAL LIMITED and LONDON STOCK EXCHANGE GROUP PLC,

    Petitioners,

v.

CÜREX INDEX DATA SYSTEMS LLC,

    Respondent.

Case No. 1:23-cv-02898-VM

## ORDER GRANTING PETITION
## TO CONFIRM A NONDOMESTIC ARBITRAL AWARD

**THIS MATTER** comes before the Court on a Petition to Confirm a Nondomestic Arbitral Award, Dkt. No. 1 (the "Petition") brought by Petitioners FTSE International Limited and London Stock Exchange plc, seeking confirmation of the Final Award dated February 15, 2023 issued by the tribunal in the arbitration captioned *Cürex Index Data Systems LLC v. FTSE International Limited and London Stock Exchange Group plc*, ICDR Case No. 01-21-0004-1751 ("Final Award," a copy of which is attached as Exhibit A to the Declaration of David Y. Livshiz, Dkt. No. 6-1) and entry of judgment in conformity therewith.

Having considered the record in this confirmation proceeding, including the Petition and the supporting declaration and exhibits, Respondent Cürex Index Data Systems LLC ("Cürex")'s submission in its Answer to the Petition that it does not oppose confirmation of the Final Award (*see* Dkt. No. 12), and Petitioners' Reply in Support of the Petition withdrawing their requests for the fees and costs of this confirmation proceeding and for other and further relief (*see* Dkt. No. 15), and for good cause shown, it is hereby:

**ORDERED** that Petitioners' Petition (Dkt. No. 1) for confirmation of the Final Award, as modified (Dkt. No. 15), is **GRANTED**; and it is further

**ORDERED** that the confirmed Final Award is entered as a judgment of this Court, including monetary judgment in favor of Petitioners and against Cürex in the amount of $11,649,415.09 , and it is further

**ORDERED** that Petitioners are awarded post-judgment interest on the full judgment amount in accordance with 28 U.S.C. Section 1961; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment in favor of Petitioners.

**SO ORDERED.**

Dated:   April  25 , 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.