## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FTSE INTERNATIONAL LIMITED and
LONDON STOCK EXCHANGE GROUP PLC,

                      Petitioners,                      23 **CIVIL** 2898 (VM)

      -against-                                  **<u>JUDGMENT</u>**

CÜREX INDEX DATA SYSTEMS LLC,

                      Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 25, 2023, Petitioners' Petition (Dkt. No. 1) for confirmation of the Final Award, as modified (Dkt. No. 15), is GRANTED.  The confirmed Final Award is entered as a judgment of this Court, including monetary judgment in favor of Petitioners and against Cürex in the amount of $11,649,415.09. Petitioners are awarded post-judgment interest on the full judgment amount in accordance with 28 U.S.C. Section 1961.

**Dated**: New York, New York
        April 26, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                               **BY:**             *K. Mango*

                                                                  **Deputy Clerk**